1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9  David Pickett, | No. CV-19-05108-PHX-JJT |
| 10              Plaintiff, | **ORDER** |
| 11  v. | |
| 12  Century-National Insurance Company, | |
| 13              Defendant. | |
| 14 | |

15        This matter having recently come before this Court,

16        IT IS ORDERED that motions to dismiss pursuant to Fed. R. Civ. P. 12(b) and

17 motions to strike pursuant to Fed. R. Civ. P. 12(f) are discouraged if the defect that would

18 be the subject of the motion can be cured by filing an amended pleading. Therefore, the

19 parties must meet and confer prior to the filing of a motion to dismiss or motion to strike

20 to determine whether it can be avoided. Consequently, motions to dismiss and motions to

21 strike must be accompanied by a notice of certification of conferral, indicating that the

22 parties have conferred to determine whether an amendment could cure a deficient pleading,

23 and have been unable to agree that the pleading is curable by a permissible amendment. In

24 addition, parties shall endeavor not to oppose motions to amend that are filed prior to the

25 Rule 16 Scheduling Conference or within the time set for the Rule 16 Case Management

26 Order. Motions to dismiss and motions to strike that do not contain the required

27 certification are subject to striking on the Court's own motion.

28

1        IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on

2    Defendants.

3        Dated this 12th day of September, 2019.

4

5                            Honorable John J. Tuchi
                        United States District Judge