THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Kerry M. Griggs, SBN 016519
kgriggs@cavanaghlaw.com
Levi T. Claridge, SBN 032582
lclaridge@cavanaghlaw.com
*Attorneys for Defendant Century National Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| David Pickett, a married man,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Century-National Insurance Company,<br><br>　　　　　　Defendant. | No.: 2:19-cv-05108-MTL<br><br>**NOTICE OF SETTLEMENT** |

　　　Notice is hereby given that the above-captioned matter has been resolved as to all claims between Plaintiff and Defendant. A Stipulation and proposed Order of Dismissal with Prejudice will follow pending execution of the closing documents.

　　　DATED this 16th day of April, 2020.

　　　　　　　　　　　THE CAVANAGH LAW FIRM, P.A.


　　　　　　　　　　　By: /s/ Kerry M. Griggs
　　　　　　　　　　　　　Kerry M. Griggs
　　　　　　　　　　　　　Levi T. Claridge
　　　　　　　　　　　　　*Attorneys for Defendant*

9212782_1

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 16, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and electronic copy to the following:

Robert T. Mills
Sean A. Woods
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiff*


 /s/   Janet Cliffton